In the Matter of the Claim of BLANCHE M. COLLINS, Respondent, against ARCHER MOTOR CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued March 5, 1953; decided April 16, 1953.

*Bernard Katzen, General Attorney (George J. Hayes* and *Victor Fiddler* of counsel), for State Insurance Fund and another, appellants.

*Henry Redmond Dutcher, Sr.,* for claimant-respondent.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown, Roy Wiedersum* and *Daniel Polansky* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.